No. 6727.—GARZOT, apldas. v. GARZOT Y FUERTES, apldos. y NATIONAL CITY BANK, aplte.—C. D. Humacao. Febrero 13, 1935.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, las partes interesadas por medio de sus abogados presentaron en este caso una estipulación que fué aceptada por esta corte y que, en lo pertinente, dice:

"1. Que ésta es una apelación de una orden de la Corte de Distrito de Humacao anulando y dejando sin efecto un embargo en aseguramiento de sentencia decretado a instancia de la interventora-apelante, fundándose la Corte de Distrito de Humacao en que la demanda de la interventora-apelante no aduce hechos constitutivos de causa de acción y es además ambigua.

"2. Que ante este Hon. Tribunal está pendiente la apelación entablada por la interventora-apelante de la sentencia de la Corte de Distrito de Humacao, declarando sin lugar la demanda por considerar que no aduce hechos constitutivos de causa de acción, y es además ambigua, llevando dicha apelación el número civil 6650.

"3. Que dependiendo esta apelación de la resolución que recaiga en la No. 6650, las partes desean someter, y por la presente someten este caso sin argumento ni alegato para que sea resuelto de acuerdo con el fallo que rinda este Hon. Tribunal en el caso No. 6650."

POR CUANTO, el recurso No. 6650 a que se refiere la estipulación fué declarado sin lugar en el día de ayer, confirmándose la sentencia recurrida;

POR TANTO, por los motivos consignados en la opinión emitida para fundar la sentencia en el dicho recurso No. 6650, se declara sin lugar éste recurso No. 6727 y se confirma la resolución apelada que dictó la Corte de Distrito de Humacao el 17 de abril de 1934 dejando sin efecto su orden de embargo de abril 6, 1934.

El Juez Asociado Sr. Córdova Dávila no intervino.